**9**

LIGGETT & MYERS TOBACCO CO., Plaintiff in Error, v. Marguerite WOODSMALL, now Marguerite Burrows, a Minor, etc. (Circuit Court of Appeals, Eighth Circuit. December 22, 1924.) No. 6756. In Error to the

District Court of the United States for the Eastern District of Missouri. M. F. Watts, William R. Gentry, and Robert A. Holland, Jr., all of St. Louis, Mo., for plaintiff in error. Percy Werner, T. W. Strubinger, and James T. Strubinger, all of St. Louis, Mo., for defendant in error.

PER CURIAM. Reversed, with costs, and remanded, with directions to grant a new trial, per stipulation of parties.